

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2019

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on May 20, 2019. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court